IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

REAL PROPERTY LOCATED AT
5507 N. KENNEDY ROAD, MILTON
WISCONSIN,

          Defendant.

ORDER

09-cv-469-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Attorney Robert Ruth has filed a motion for attorney fees, including a breakdown of fees associated with his representation of claimant Arthur Pierce in this case. From my review of the motion, I am satisfied that the amount requested is fair and reasonable. Therefore, It IS ORDERED that judgment is entered in favor of Robert Ruth against the United States in the amount of $726.00.

Entered this 21st day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge