IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

REAL PROPERTY LOCATED AT
5507 NORTH KENNEDY ROAD,
MILTON, ROCK COUNTY, WISCONSIN,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

                Defendants.

ORDER

09-cv-469-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Gregory N. Dutch has filed a request for attorney fees, including a breakdown of fees and costs associated with his representation of claimant Wendy M. Straka in this case from November 20, 2009 to July 14, 2010. From my review of the request, I am satisfied that the amount requested is fair and reasonable. Therefore, IT IS ORDERED that judgment is

entered in favor of Gregory N. Dutch against the United States in the amount of $6,166.50.

Entered this 25th day of August, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

Case: 3:09-cv-00469-bbc Document #: 45 Filed: 08/26/10 Page 2 of 2