IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   JUDGMENT IN A CIVIL CASE

REAL PROPERTY LOCATED AT             Case No. 09-cv-469-bbc
5507 NORTH KENNEDY ROAD,
MILTON, ROCK COUNTY, WISCONSIN,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

      Defendant.

---

      This matter came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Gregory N. Dutch against the United States of America in the amount of $6,166.50.


_Peter Oppeneer_                                               8/27/10
Peter Oppeneer, Clerk of Court                      Date